## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT BOWLING GREEN
## CIVIL ACTION NO. 1:05CV-00165-HM

JOE RAY TURNER                                                             **PETITIONER**

**VS.**

JAMES L. MORGAN, Warden                                   **RESPONDENT**

### ORDER

The above matter having been referred to the United States Magistrate Judge, who has filed his Findings of Fact and Conclusions of Law, objections having been filed thereto, and the Court having considered the same, adopts the Findings of Fact and Conclusions of Law as set forth in the report submitted by the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Turner's petition for writ of habeas corpus is DENIED.

A Certification of Appealability is DENIED as to all of the claims set forth in the petition.

Copies to:    Petitioner, *pro se*
                 Counsel of Record
                 Magistrate Judge Goebel